**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD WALTER OSSENBERG, | NO. ED CV 10-583-DOC(E) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS, |
| MATTHEW CATE/CDCR, | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

```
 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
 2   the Magistrate Judge's Report and Recommendation and the Judgment
 3   herein by United States mail on Petitioner and counsel for Respondent.
 4
 5        LET JUDGMENT BE ENTERED ACCORDINGLY.
 6
 7             DATED:  January 14, 2011.
 8
 9
10                              _____
                                     DAVID O. CARTER
11                              UNITED STATES DISTRICT JUDGE
```