**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD WALTER OSSENBERG, | ) | NO. ED CV 10-583-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE/CDCR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  January 14, 2011.

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE